JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ESTEBAN POLONSKI, JUANA POLONSKI

## DEFENDANTS
WASHINGTON MUTUAL BANK and
DOE DEFENDANTS 1 TO 10 INCLUSIVE

**E-filing**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
PROPRIA PERSONA (415) 824-3479 CELL
JUANA POLONSKI, SAN FRANCISCO, CA 94110

Attorneys (If Known)
N/A

**BZ**
**ADR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☒ 370 Other Fraud |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TITLE 28 USC 1983
Brief description of cause:
Fraud, Usury, Abuse of Process, Intentional Infliction of Emotional Distress, Trespassing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 4,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

```
ESTEBAN POLONSKI.,
JUANA POLONSKI
POSTAL BOX 410985
SAN FRANCISCO, CA 94141

PLAINTIFF(S): In Propria Persona
```

**FILED**
JAN − 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BZ**

| | |
|---|---|
| ESTEBAN POLONSKI.,<br>JUANA POLONSKI<br><br>Plaintiff(s)<br><br>**COMPLAINT**<br>-vs-<br><br>WASHINGTON MUTUAL BANK<br><br>AND DOES 1 TO 10 Inclusive<br><br><br><br>Defendant(s) | CASE NO: **CV 09 0038**<br><br>**PLAINTIFF(S) VERIFIED<br>FOR DAMAGES**<br><br>1. **FRAUD**<br>2. **USURY**<br>3. **ABUSE OF PROCESS**<br>4. **INTENTIONAL INFLICTION OF<br>    EMOTIONAL DISTRESS**<br>5. **TRESSPASSING** |

## GENERAL ALLEGATIONS:

1.    Plaintiff(s), ESTEBAN POLONSKI. and JUANA POLONSKI.,

[hereinafter, "**Plaintiff(s)**"] is currently and at all times herein mentioned, the

individuals residing in The City of San Francisco, County of San Francisco and of

The State of California.

1

2. Defendant WASHINGTON MUTUAL BANK, AND DOES 1 to 10 Inclusive, Are, and at all times mentioned herein an unknown business entity doing business in the City of San Francisco, County of San Francisco, State of California.

3. Plaintiff(s) ESTEBAN POLONSKI. and JUANA POLONSKI, are Informed and believe and thereupon allege on such basis that DOES 1 TO 10, INCLUSIVE are legally responsible for the acts alleged herein and are sued by such fictitious names, because Plaintiff(s) have not yet been able to ascertain their true names and identities. Upon ascertainment of such information, Plaintiff(s) will seek leave of court to amend and serve this Complaint and any changes thereto to specifically identity said **DOE DEFENDANTS 1 TO 10, INCLUSIVE** by their true names and capacities.

4. Plaintiff(s) are informed and believe thereupon allege that at all times herein Mentioned, **the Defendants, and all of them** and Doe Defendants 1 to 10 were the agents, employee, employer, servants, representatives of each of the remaining Defendants and were acting at all times mentioned herein, within the scope and course of such relationship and with the knowledge, consent, and/or ratification of the other Defendants and that each of the acts or omissions alleged herein were performed within the scope and course of that relationship as well as within their own specific individual capacities.

5. The obligation sued upon herein was incurred in and is payable in the City of SAN FRANCISCO, The County of San Francisco, and in The State of California.

## FIRST CAUSE OF ACTION:

**{FRAUD against all Defendants and Does 1 to 10 Inclusive}**

6. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 16, inclusive, of this Complaint by this reference, as though set forth fully herein.

7. Plaintiff(s) caused to be delivered to The Defendants, and all of them, and Doe Defendants 1 to 10, the UCC filing and other documentation, with the knowledge and agreement that such would act as, and prove ownership of certain Real Property located in the City of San Francisco, the County of San Francisco, at:

1411 and 1421 Hudson Avenue, San Francisco, CA 94124, [hereinafter, THE PROPERTY].

8. Subsequently, the Plaintiff(s) entered into an agreement associated with THE PROPERTY and the Defendants and all of them and Doe Defendant 1 to 10, agreed to act in a manner which was to the sole benefit of the Plaintiff(s).

9. Recently, Plaintiff(s) came to find that the Defendants, and all of them, and Doe Defendants 1 to 10, failed to disclose certain facts that they were necessarily required to disclose, and went further to conceal such facts known by each of the Defendants and all of them, and Doe Defendants 1 to 10.

10. The Defendants, and all of them and Doe Defendants 1 to 10, did in fact owe a Fiduciary duty to the Plaintiff(s) and an absolute duty to disclose anything which might be relevant to fraudulent activity by any of its associates and/or employees.

11. The Defendants, and all of them and Doe Defendants 1 to 10, knew that the Plaintiff(s) were not aware of the material facts not disclosed by the Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive.

12. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, concealed such material facts within their own files and records and used their titles as Officers to intimidate, and illegally steal the property of the Plaintiff(s).

13. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knowingly acted with a total disregard for the truth of the material facts.

14. The Defendants and all of them knew, including Doe Defendants 1 to 10 Inclusive, that they were acting under color of Law and that the Plaintiff(s) had Remedy under actual Law and did not disclose this to the Plaintiff(s).

15. The Defendants and all of them including Doe Defendants 1 to 10 Inclusive, knew that their actions through the misrepresentation of the facts would immediately cause the Plaintiff(s) injuries, and that without the willful, intentional and fraudulent actions of the Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, the Plaintiff(s) would not have been made to suffer any injuries.

16. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knew that their misrepresentations would in fact become the predominant, decisive and substantial factors in obtaining the confidence and influencing the course of the conduct of the Plaintiff(s).

## SECOND CAUSE OF ACTION:

### {USURY against all Defendants and Does 1 to 10 Inclusive}

17. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 20, inclusive, of this Complaint by this reference, as though set forth fully herein.

4

18. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, Refused to honor the Contract.

19. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, did not disclose to the Plaintiff(s) that their Promissory Note was the instrument used to secure the credit to purchase the home, and that the bank actually got paid up front on the home using the Plaintiff(s) purchasing, and then immediately sold the Promissory Note, and got paid on it again, without disclosing these facts, to the Plaintiff(s), and then charged interest on credit created by the Promissory Note, including Doe Defendants 1 to 10 Inclusive.

*See Blacks Law Dictionary 6th Edition USURY*

*Charging an illegal rate of interest, an illegal contract for a loan or forbearance of money, goods, or things in action, by service was taken. The bank never disclosed the fact that when the plaintiff signed the promissory note, the money for the loan was created, and the bank never lent money, they lent credit.*

20. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, agreed to violate the Plaintiff(s) rights, and acting in a bullish, and threatening manner, causing irreparable harm to the Plaintiff(s).

## THIRD CAUSE OF ACTION:

### {ABUSE OF PROCESS against all Defendants and Does 1 to 10 Inclusive}

21. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 26, Inclusive, of this Complaint by this reference, as though set forth fully herein.

22. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive,

5

while making specific use of their superior knowledge and skills in the area of **LAW**, formulated a plan of operation to create, and design documentation to present to the Plaintiff(s), all in an effort to gain the trust of the Plaintiff(s), to harm and defraud the Plaintiff(s).

23. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, worked together to produce, manufacture and present to the Plaintiff(s), documentation the Defendants and all of them knew to be false, falsified, and untrue.

24. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knew that the Plaintiff(s) were unaware of the falsity of the representations made to the Plaintiff(s), and that such falsification would result in harm, damage, and not only immediate pecuniary loss, but financial loss to the Plaintiff(s) as well.

25. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, have a *documented history* of the illegal and unauthorized use of their superior **LAW**, experience and skills to harm unsuspecting individuals seeking to protect themselves.

26. The process used in this matter was not designed to be used in this capacity to fraudulently intimidate, nor injure the Plaintiff(s).

## FOURTH CAUSE OF ACTIONS:

## {INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS}

### {Against all Defendants and Does 1 to 10 Inclusive}

27. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 28, inclusive, of this Complaint by this reference, as though set forth fully herein.

28. The Defendants and all of them, including Doe Defendants 1 to 10 Inclusive, intentionally, recklessly and without regard to the probability of the emotional distress their conduct would cause to The Plaintiff(s), intentionally provided false information, and even physically came onto THE PROPERTY without the expressed written permission of The Plaintiff(s). And, "BUT FOR" the unjustified malicious and callous conduct on the part of the Defendants, the Doe Defendants, and all of them, the Plaintiff(s) ESTEBAN POLONSKI. AND JUANA POLONSKI, would not have suffered damages from the continued intrusion by the Defendants and all of them.

## FIFTH CAUSE OF ACTIONS:

## {TRESSPASSING}

### {Against all Defendants and Does 1 to 10 Inclusive}

29. Plaintiff(s) hereby reference hereto and incorporate paragraphs1 through 30, Inclusive, of this Complaint by this reference, as though set forth fully herein.

30. The Defendants and all of them, including Doe Defendants 1 to 10 Inclusive, did knowingly and willingly *TRESSPASS* on private Land protected by a Federal Land Patent, after seeing the signs posted and the penalty for *TRESSPASSING* then knowingly and willingly accepted the contract, and *TRESSPASSED*.

7

**WHEREFORE, ESTEBAN POLONSKI. AND JUANA POLONSKI,**

(The Plaintiff(s) prays for judgment against each Defendant, including Doe Defendants 1 to 10 Inclusive, in each cause of action as follows:

    1.]     **SPECIAL DAMAGES** in the amount of **$2,000,000.00+**

    2.]     **GENERAL DAMAGES** in the amount of **$2,000,000.00+**

    3.]     For all costs and fees incurred for this lawsuit

    4.]     For any such other or further relief as this Court deems just, fair or Appropriate.

DATED: 01/06/09

*Esteban Polonski*
ESTEBAN POLONSKI.
Plaintiff(s) in Pro Per

_____
JUANA POLONSKI
Plaintiff(s) in Pro Per

## VERIFICATION/DECLARATION OF:

**ESTEBAN POLONSKI. AND JUANA POLONSKI,**

We, **ESTEBAN POLONSKI. AND JUANA POLONSKI**, acting In Pro Per, hereby declare under the penalty of perjury that I/We have read this **COMPLAINT FOR DAMAGES** and we further declare that under the penalty of perjury that the statements contained herein are true and correct to the best of my/our knowledge, except as those matters stated upon information and belief, and as to those matters, we believe them to be true.

This verification/declaration has been executed on January 06, 2009, in the City of San Francisco, The County of San Francisco, and in The State of California.

DATED: 01/06/09

*Esteban Polonski*
ESTEBAN POLONSKI.
**Plaintiff(s) in Pro Per**

*[signature]*
JUANA POLONSKI
**Plaintiff(s) in Pro Per**