UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI, et al., | |
| Plaintiff(s), | No. C09-0038 BZ |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| WASHINGTON MUTUAL BANK, et al., | |
| Defendant(s). | |

At the case management conference on Monday, April 13, 2009, plaintiff Juana Polonski requested the Court to continue the case management conference to allow plaintiffs time to find and retain counsel. Accordingly, at plaintiffs' request, and without objection from defendant, the initial case management is continued to **April 27, 2009 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 14, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\POLONSKI V. WASHINGTON MUTUAL\ORDER CONT CMC.wpd

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN POLONSKI et al,

        Plaintiff,

  v.

WASHINGTON MUTUAL BANK et al,

        Defendant.
   /

Case Number: CV09-00038 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Louise Morse
Adorno Yoss Alvarado & Smith
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071

Esteban Polonski
P.O. Box 410985
San Francisco, CA 94141

Juana Polonski
P.O. Box 410985
San Francisco, CA 94141

Scott J. Stilman
Adorno Yoss Alvarado & Smith
633 W. Fifth Street
Suite 1100
Los Angeles, CA 90071

Dated: April 14, 2009

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk

                                      *Rose Maher*

2