1  AMY L. MORSE (CA Bar No. 92135)
   amorse@adorno.com
2  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
3  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
4  Tel:  (213) 229-2400
   Fax:  (213) 229-2499
5
   Attorneys for Defendant
6  JPMorgan Chase Bank, N.A., an acquirer of
   certain assets and liabilities of Washington
7  Mutual Bank from the FDIC acting as receiver

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | ESTEBAN POLONSKI, JUANA POLONSKI | **CASE NO.: -CV 09-0038 BZ** |

12            Plaintiff,

13 v.                                  **[PROPOSED] ORDER OF JPMORGAN
                                       CHASE BANK, N.A.'S NOTICE OF
14 WASHINGTON MUTUAL BANK and DOE     COURT CALL RE CONTINUATION OF
   DEFENDANTS 1 TO 10 INCLUSIVE       CASE MANAGEMENT CONFERENCE**
15
             Defendants.              Hearing Date:  April 27, 2009
16                                    Time:  4:00 p.m.
                                      Location:  G
17

18

19

20

21

22

23

24

25

26

27

28
                                      1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

**WHEREAS** plaintiff Juana Polonski and Amy L. Morse, counsel for Defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, attended a Case Management Conference in this case on April 13, 2009 in person, the Case Management Conference was continued to April 27, 2009 at 4:00 p.m. and Amy L. Morse, counsel for JPMorgan Chase Bank, N.A. was granted permission by the Honorable Bernard Zimmerman, United States Magistrate Judge on April 13, 2009 to appear on April 27, 2009 at the Case Management Conference telephonically;

**IT IS HEREBY ADJUDGED AND DECREED that:**

Amy L. Morse, counsel for JPMorgan Chase Bank, N.A., may appear on April 27, 2009 at the Case Management Conference telephonically.

Dated:_____April 27, 2009_____          _____
                                             HON. BERNARD ZIMMERMAN
                                             United States Magistrate Judge

[PROPOSED] ORDER OF JPMORGAN CHASE BANK, N.A.'S
NOTICE OF COURT CALL RE CONTINUATION OF CMC

2018124.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

### PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **ADORNO YOSS ALVARADO & SMITH, 633 W. Fifth Street, Suite 1100, Los Angeles, CA 90071.**

On April 24, 2009, I served the foregoing document described as **[PROPOSED] OF JPMORGAN CHASE BANK, N.A.'S NOTICE OF COURT CALL RE CONTINUATION OF CASE MANAGEMENT CONFERENCE; ORDER** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

Esteban Polonski                   *Plaintiffs in Propria Personar*
Juana Polonski
Postal Box 410985
San Francisco, CA  94141

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Los Angeles, California 90071.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:**  I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:**  I deposited such documents at the Overnite Express or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071.  The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐    (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 24, 2009, at Los Angeles, California.

Belinda Slack

[PROPOSED] ORDER OF JPMORGAN CHASE BANK, N.A.'S
NOTICE OF COURT CALL RE CONTINUATION OF CMC

2018124.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES