UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, et al.,<br><br>　　　　Defendant(s). | No. C09-0038 BZ<br><br>**ORDER REFERRING CASE TO MEDIATION** |

**IT IS HEREBY ORDERED** that this case is referred to the ADR Department to schedule a mediation as soon as possible.

Dated:  April 28, 2009

　　　　　　　　　　　　　　　　_Bernard Zimmerman_
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\POLONSKI V. WASHINGTON MUTUAL\ORDER REFERRING CASE TO MEDIATION.wpd

1