```
                                              FILED
                                              APR 2 8 2009
                                          RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI, et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, et al.,<br><br>       Defendant(s). | No. C09-0038 BZ<br><br>**NOTICE RE HELP CENTER AND ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

At the case management conference on Monday, April 27, 2009, plaintiff Juana Polonski stated that she filed a motion to amend her initial complaint in order to remove Esteban Polonski as a plaintiff. In light of plaintiff's motion and her continued efforts to find counsel, it is hereby **ORDERED** as follows:

    1.  Defendant shall file a statement of non-opposition to plaintiff's motion by **May 6, 2009**. If defendant opposes plaintiff's motion, defendant shall file an opposition by **May 11, 2009** and plaintiff shall file a reply by **May 18, 2009**. The motion will be heard on **May 20, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. A further case management conference is scheduled for **Monday, June 1, 2009 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any party wishing to appear by telephone shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

3. Attached is information about the Volunteer Legal Services Program's Legal Help Center for *pro se* litigants. The Court suggests that plaintiff make an appointment with the Center in order to continue timely prosecution of her case.

Dated: April 28, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\POLONSKI V. WASHINGTON MUTUAL\NOTICE RE HELP DESK AND ORDER SCH FURTHER CMC.wpd

**Are you representing yourself in Federal Court?**

**Do you need help with your case?**

# Volunteer Legal Services Program
# Legal Help Center

**450 Golden Gate Avenue, 15th Floor, Room 2796**

The Legal Help Center (the "Center") provides *pro se* litigants with:

- information about their legal rights and responsibilities and court procedures applicable to their cases,
- limited-scope legal advice,
- help preparing simple pleadings, and
- referrals to legal, social, and government services.

Assistance is provided by appointment only. If you are representing yourself in Federal Court and would like help with your civil case, you may make an appointment to meet with an attorney at the Center. Sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the Federal Courthouse, Room 2796, up to two weeks in advance. On the day of your appointment, bring relevant paperwork for your case, including drafts you may want the attorney to review, and wait just outside the Center for the attorney to call you in at the appointed time.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, you will still represent yourself. The attorney at the Center can not be your lawyer; the attorney can only give you information, advice, and basic legal help.**