UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> WASHINGTON MUTUAL BANK, et al., <br><br> Defendant(s). | No. C09-0038 BZ <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Having received defendant's statement of non-opposition to plaintiff's motion for leave to file an amended complaint, plaintiff's motion is hereby **GRANTED**.  Defendant shall respond to the amended complaint by **June 8, 2009**.

Dated:  May 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\POLONSKI V. WASHINGTON MUTUAL\ORDER GRANTING P'S MOT FOR LEAVE TO FILE AMEND COMPL.wpd

1