UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI, et al., ) | |
| ) | |
| Plaintiff(s), ) | No. C09-0038 BZ |
| ) | |
| v. ) | **Briefing Order** |
| ) | |
| WASHINGTON MUTUAL BANK, et ) | |
| al., ) | |
| ) | |
| Defendant(s). ) | |

Having received defendant's motion for judgment on the pleadings **IT IS ORDERED** as follows:

1. Any opposition to defendant's motion shall be filed by **November 25, 2009.** Any reply shall be filed by **December 2, 2009**.

2. The motion is scheduled to be heard on **December 16, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: November 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\POLONSKI V. WASHINGTON MUTUAL\BRIEFING ORDER.wpd

1