**ADORNO YOSS ALVARADO & SMITH**

A PROFESSIONAL CORPORATION
INCLUDING PROFESSIONAL CORPORATIONS

633 W. Fifth Street
Suite 1100
Los Angeles, California 90071
Phone: (213) 229-2400
Fax: (213) 229-2499
www.adorno.com

CALIFORNIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MISSOURI
NEW JERSEY
NEW YORK
TEXAS
WASHINGTON
WASHINGTON, D.C.

Amy L. Morse
amorse@adorno.com

December 7, 2009

**VIA E-FILE**

Honorable Judge Bernard Zimmerman
United States District Court, Northern District
450 Golden Gate Avenue
Courtroom G
San Francisco, California 94120

    Re:    Juana Polonski *vs.* Washington Mutual Bank, et al.
                Case No.: 3:09-cv-00038-BZ

Dear Honorable Magistrate Zimmerman:

        This letter is request a telephonic appearance for defendant JPMorgan Chase Bank, N.A. on its Motion for Judgment on the Pleadings at 10:00 a.m. on December 16, 2009.

        Thank you in advance for your attention to this matter.

Very truly yours,

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

Amy L. Morse

cc: Juana Polonski, via regular mail

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Bernard Zimmerman]

<u>Inasmuch as plantiff has filed no opposition, it is not clear whether there will be a contested hearing, so request is **GRANTED**</u>.

DATED: December 10, 2009

2033739.1