UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN POLONSKI, et al., | |
| Plaintiff(s), | No. C09-0038 BZ |
| v. | |
| | **JUDGMENT** |
| WASHINGTON MUTUAL BANK, et al., | |
| Defendant(s). | |

Having granted defendant J.P. Morgan Chase Bank's motion for judgment on the pleadings, **IT IS ORDERED AND ADJUDGED** that plaintiff take nothing and that each party bear its own costs of action.

Dated: December 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\POLONSKI V. WASHINGTON MUTUAL\JUDGMENT.wpd

1